## 48038. CHEHAK v. POPE.

EBERHARDT, Presiding Judge. 1. The questions presented by enumerations of error 2 and 3 are raised for the first time on appeal and are not considered.

2. Ga. L. 1968, pp. 448, 452 (Code Ann. § 68-1625.1) does not provide that a motorist who refuses to submit to a chemical test of his blood or breath for the purpose of determining the alcoholic content of his blood is to be physically compelled to submit to a breath test notwithstanding his refusal. It does provide that upon refusal to submit to a blood or breath test, the motorist's license may be suspended for six months. Accordingly there is no merit in the contention that a breath test is mandatory and that since appellant was not *compelled* to take the test his driver's license could not be suspended because of his *refusal* to submit to the test.

*Judgment affirmed. Pannell and Stolz, JJ., concur.*

SUBMITTED APRIL 9, 1973—DECIDED APRIL 16, 1973—REHEARING DENIED MAY 3, 1973—

*Moffett & Henderson, F. Glenn Moffett, Jr.,* for appellant.

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Dorothy T. Beasley, Daniel I. MacIntyre, Assistant Attorneys General,* for appellee.